UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      v.

ROSEMARIE LEON,

          Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

**07CRIM 371**

COUNT ONE

The Grand Jury charges:

From at least in or about 1991 up to and including in or about September 2006, within the Southern District of New York and elsewhere, ROSEMARIE LEON, the defendant, unlawfully, wilfully, and knowingly, did embezzle, steal, purloin, and convert to her own use, without authority, money of the United States and a department and agent thereof, with an aggregate value exceeding $1,000, to wit, LEON unlawfully converted to her own use Social Security benefits that were intended for her mother.

(Title 18, United States Code, Section 641.)

_____  _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROSMARIE LEON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

4/30/07 — Indictment
G.C.-          Filed
              Katz, USMJ.

2