UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ROSEMARIE LEON,

           Defendant.

------------------------------------------------------------x

07 CR 371 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by all defense counsel, the conference previously scheduled for May 17, 2007 is adjourned until June 5, 2007 at 10:00 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions regarding a possible disposition of this case. Accordingly, the time between today and June 5, 2007 is excluded.

    SO ORDERED.

                                              P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       May 16, 2007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/17/07]