```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

UNITED STATES OF AMERICA,

    -against-

ROSEMARIE LEON,

           Defendant.

```
------------------------------------------------------------x
```

07 CR 371 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for June 5, 2007 is adjourned until July 9, 2007 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow defense counsel to make a submission for an adjustment of the charges to the government. Accordingly, the time between today and July 9, 2007 is excluded.

    SO ORDERED.

                                                      P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       June 5, 2007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/5/07]