# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

August 9, 2007

**BY HAND**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **United States v. Rosemarie Leon**
> 07 Cr. 371 (PKC)

Your Honor:

Our office represents Ms. Leon in the above-captioned case. On May 11, 2007 Ms. Leon was arrested and released on her own recognizance. Judge Dolinger imposed the following bail conditions: travel restricted to Southern and Eastern Districts of New York and surrender of travel documents with no new applications. Ms. Leon is currently out on bail.

I write to request a modification of Ms. Leon's bail conditions so that she may spend Friday, August 17 in Langhorne, Pennsylvania as a chaperone for her grandson's school trip to Sesame Place. Parvin Moyne (212.637.2510) on behalf of the government consents to this modification.

If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully,

Roland Thau
Assistant Federal Defender
(212) 417-8733

**SO ORDERED:**

_____
HONORABLE P. KEVIN CASTEL
United States District Judge

[Handwritten endorsement: Provided that she coordinates her travel plans with pretrial services, Ms. Leon's bail is modified to permit her to spend August 16 through 18 in Langhorne, PA. SO ORDERED. USDJ 8-9-07]

cc via fax: AUSA Parvin Moyne (212) 637-2527