```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·17·07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

ROSEMARIE LEON,

       Defendant.

-----------------------------------------------------------x

07 CR 371 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for December 18, 2007 is adjourned until January 8, 2008 at 10:00 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to work out a disposition of the case. Accordingly, the time between today and January 8, 2008 is excluded.

       SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
          December 17, 2007